ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone:  (415) 977-8962
    Facsimile:  (415) 744-0134
    Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSE SALVADOR LUNA LUNA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | No. EDCV 10-01338 AJW <br><br> **JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: 10/26/2011

HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE