1 | WILLIAM M. KUNTZ  # 153052
2 | Attorney at Law
  | 4780 Arlington Avenue
  | Riverside, CA 92504
3 | (951) 343-3400
  | Fax (951) 343-4004
4 | E-Mail: KuntzSSlaw @sbcglobal.net
  | Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| JOSE SALVADOR LUNA LUNA, | ) | CASE NO.: **EDCV 10-01338 AJW** |
|---|---|---|
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR HUNDRED TWENTY-FOUR DOLLARS and no/cents ($424.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

January 26, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1