1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                        EASTERN DIVISION

10

11  JOSE SALVADOR LUNA LUNA,      )      CASE NO.: **EDCV 10-01338 AJW**
                                  )
12              Plaintiff,        )        ORDER AWARDING
                                  )        EAJA FEES
13         v.                     )
                                  )
14  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
15                                )
                Defendant.        )
16  _____ )

17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of  FOUR HUNDRED

22  TWENTY-FOUR DOLLARS and no/cents ($424.00), as authorized by  28 U.S.C.

23  § 2412 (d), and subject to the terms and conditions of the Stipulation.

24  January 26, 2012

25

26

27  _____

28            UNITED STATES MAGISTRATE JUDGE

                            1